**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leyla BONILLA–MURILLO, Defendant–Appellant.**

No. 04–20072.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 20, 2004.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Joe L. Hernandez, Hernandez & Associates, Houston, TX, for Defendant–Appellant.

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM: *

Leyla Bonilla–Murillo pleaded guilty to an indictment charging her with violating 8

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

U.S.C. § 1326(a) and (b)(2). She was sentenced to a 57–month term of imprisonment.

Bonilla contends that the district court erred in refusing to depart downward on grounds of cultural assimilation. The record reflects that the downward departure was denied because the district court believed it was unwarranted. We lack jurisdiction to review this ruling. *See United States v. Rodriguez–Montelongo*, 263 F.3d 429, 431 (5th Cir.2001). The appeal is dismissed in part.

Bonilla argues that the district court failed to properly implement a downward departure granted on the basis of an over-represented criminal history category. Her assertion that the district court intended to grant two separate departures is belied by the proceedings at Bonilla's sentencing hearing. The sentence is affirmed.

For the foregoing reasons, the judgment of the district court is AFFIRMED IN PART; and the appeal is DISMISSED IN PART.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.